# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

# LAKE CHARLES DIVISION

| | |
|---|---|
| **DANIEL TIMOTHY LAVERGNE, JR.** | **CIVIL ACTION NO. 2:18CV0102** |
| **VERSUS** | **JUDGE JAMES** |
| **DANIEL ROWE** | **MAGISTRATE JUDGE HAYES** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. No. 2] of the Magistrate Judge previously filed herein, determining that the findings are correct under applicable law, and noting the absence of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the petitioner's petition for a writ of *habeas corpus* filed pursuant to 28 U.S.C. § 2254 is **DISMISSED WITH PREJUDICE** as time-barred under 28 U.S.C. § 2244(d).

Monroe, Louisiana, this 4th day of May, 2018.

_____
ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE